No. 216. NATIONAL LABOR RELATIONS BOARD *v.* ALLIS-CHALMERS MANUFACTURING CO. ET AL. C. A. 7th Cir. (Certiorari granted, 385 U. S. 810.) Motion of International Union, UAW–AFL–CIO (Locals 248 and 401), to participate in oral argument granted and fifteen minutes allotted for that purpose. The other respondent also allotted an additional fifteen minutes for oral argument. *Joseph L. Rauh, Jr., John Silard* and *Stephen I. Schlossberg* on the motion.

No. 371. CROWN COAT FRONT CO. INC. *v.* UNITED STATES. C. A. 2d Cir. (Certiorari granted, 385 U. S. 811.) Motion of Electronic Industries Association for leave to file a brief, as *amicus curiae,* in support of the petition granted. *Graham W. McGowan* on the motion. *Solicitor General Marshall* for the United States in opposition to the motion.

No. 391. STATE FARM FIRE & CASUALTY CO. ET AL. *v.* TASHIRE ET AL. C. A. 9th Cir. (Certiorari granted, 385 U. S. 811.) Motion of Anderson & Geary et al. for leave to file a brief, as *amici curiae,* granted. *Mark C. McClanahan* for Anderson & Geary et al., as *amici curiae,* in support of the petition, on the motion.

No. 480. WARDEN, MARYLAND PENITENTIARY *v.* HAYDEN. C. A. 4th Cir. (Certiorari granted, 385 U. S. 926.) Motion of petitioner to remove case from summary calendar denied. *Francis B. Burch,* Attorney General of Maryland, and *Franklin Goldstein,* Assistant Attorney General, on the motion.

No. 1093, Misc. SKOLNICK *v.* PARSONS, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied.